No. 23-2644

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MICHAEL J. BOST, LAURA POLLASTRINI, and SUSAN SWEENEY,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>ILLINOIS STATE BOARD OF ELECTIONS and BERNADETTE MATTHEWS, in her official capacity as Executive Director, Illinois State Board of Elections,<br><br>Defendants-Appellees. | Appeal from the U.S. District Court for the Northern District of Illinois, Eastern Division<br><br>No. 1:22-cv-02754<br><br>The Honorable<br>JOHN F. KNESS,<br>Judge Presiding. |

## NOTICE OF SUBSTITUTE APPEARANCE

Kwame Raoul, Attorney General of the State of Illinois, enters the substitute appearance of Deputy Solicitor General Alex Hemmer, replacing Assistant Attorney General Nadine Wichern as counsel for Defendants-Appellees in the above-captioned matter.

Dated:  August 24, 2023

Respectfully submitted,

KWAME RAOUL
Attorney General
State of Illinois

By:  /s/ Alex Hemmer
ALEX HEMMER

1

Deputy Solicitor General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601
(312) 814-5526
alex.hemmer@ilag.gov

## CERTIFICATE OF FILING AND SERVICE

I certify that on August 24, 2023, I electronically filed this Notice of Appearance with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All other participants in this case are CM/ECF users and will be served by that system.

    /s/ Alex Hemmer
    ALEX HEMMER