No. 23-2644

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MICHAEL J. BOST, LAURA POLLASTRINI, and SUSAN SWEENEY, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ILLINOIS STATE BOARD OF ELECTIONS and BERNADETTE MATTHEWS, in her official capacity as Executive Director, Illinois State Board of Elections, <br><br> Defendants-Appellees. | Appeal from the U.S. District Court for the Northern District of Illinois, Eastern Division <br><br> No. 1:22-cv-02754 <br><br> The Honorable JOHN F. KNESS, Judge Presiding. |

**DEFENDANTS-APPELLEES' MOTION FOR
EXTENSION OF TIME TO FILE BRIEF**

Defendants-Appellees the Illinois State Board of Elections and Bernadette Matthews, in her official capacity as Executive Director of the Illinois State Board of Elections, hereby move this Court to extend the time for filing the answering brief in this matter. The answering brief is currently due on Wednesday, November 1, 2023. Defendants-Appellees request a 30-day extension of time to file that brief, to and including Friday, December 1, 2023. The declaration of Deputy Solicitor General Alex Hemmer is attached in support of this motion.

Dated: October 18, 2023                    Respectfully submitted,

                                            KWAME RAOUL

1

Attorney General
State of Illinois

/s/ Alex Hemmer
ALEX HEMMER
Deputy Solicitor General
100 West Randolph Street
12th Floor
Chicago, Illinois 60601
(312) 814-5526
alex.hemmer@ilag.gov

## DECLARATION OF ALEX HEMMER

I, ALEX HEMMER, state the following:

1.      I am a citizen of the United States over the age of 18.  My current business address is 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601.  I have personal knowledge of the facts set forth in this declaration.  If called upon to do so, I could and would competently testify thereto.

2.      I serve as Deputy Solicitor General in the Office of the Attorney General of the State of Illinois and have been assigned to represent Defendants-Appellees the Illinois State Board of Elections and Bernadette Matthews, in her official capacity as Executive Director of the Illinois State Board of Elections, in this appeal captioned *Bost v. Illinois State Board of Elections*, No. 23-2644.  I am the only attorney with principal responsibility for this matter.

3.      Defendants-Appellees' answering brief is currently due on Wednesday, November 1, 2023.  Defendants-Appellees have not previously sought an extension of time to file that brief.

4.      This motion is being made at least seven days before the answering brief's due date, as required by Circuit Rule 26.

5.      Although I have begun to draft the brief, I will not able to complete the draft, have the draft reviewed through the Office's regular review process, and file the brief with this Court by November 1, 2023.

6.      As Deputy Solicitor General, I devote substantial time to performing supervisory and administrative duties in addition to managing my own caseload.

These duties include reviewing briefs, managing the office's amicus docket, reviewing multistate litigation requests, and helping attorneys prepare for oral arguments.

7.     In addition to my supervisory and administrative responsibilities, between the filing of plaintiffs' opening brief on October 2, 2023, and the current deadline of November 1, 2023, I have been responsible for drafting, reviewing, and/or filing briefs in numerous other matters, including an amicus brief in *Rocky Mountain Gun Owners v. Polis*, No. 23-1251 (10th Cir.), originally due on Monday, October 16, 2023; an amicus brief in *Texas v. Biden*, No. 3:22-cv-00780-M (N.D. Tex.), due on October 23, 2023; and a motion to dismiss in *Weisenstein v. Raoul*, No. 23-CH-0061 (St. Clair Cnty.), due on October 25, 2023.

8.     On October 18, 2023, I gave notice to Russell Nobile, plaintiffs' counsel, by providing a copy of this motion before it was filed with this Court.  Plaintiffs oppose the requested extension.

9.     I do not request this 30-day extension of time from November 1, 2023, to December 1, 2023, to file the brief in this appeal for purposes of delay, but so that I may try to meet my professional responsibilities, properly represent my clients, and provide this Court with a thorough brief in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed October 18, 2023.


/s/ Alex Hemmer
ALEX HEMMER

## CERTIFICATE OF FILING AND SERVICE

I certify that on October 18, 2023, I electronically filed this opposition with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

All other participants in this case are CM/ECF users and will be served by that system.


/s/ Alex Hemmer
ALEX HEMMER