No. 23-2644

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MICHAEL J. BOST, LAURA POLLASTRINI, and SUSAN SWEENEY, | Appeal from the U.S. District Court for the Northern District of Illinois, Eastern Division |
| Plaintiffs-Appellants, | |
| v. | No. 1:22-cv-02754 |
| ILLINOIS STATE BOARD OF ELECTIONS and BERNADETTE MATTHEWS, in her official capacity as Executive Director, Illinois State Board of Elections, | The Honorable John F. Kness, Judge Presiding. |
| Defendants-Appellees. | |

**PLAINTIFFS-APPELLANTS' OPPOSITION TO DEFENDANTS-APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

Plaintiffs-Appellants Congressman Michael J. Bost, Laura Pollastrini, and Susan Sweeney (collectively "Plaintiffs") respectfully submit this opposition o Defendants-Appellees' Motion for Extension of Time to File Brief. App. Dkt. 14. Defendants-Appellees seek an additional 30 days to file their opening brief on appeal. Any further delay in resolution of this appeal could limit available relief due to the pendency of the November 2024 general election should Plaintiffs prevail on

appeal. *See Purcell v. Gonzalez*, 549 U.S. 1 (2006). For this reason, Plaintiffs oppose Defendants' request for extension.

Plaintiffs' opening brief discusses the issues before this Court and the procedural background related to the appeal.[1] App. Dkt. 6. Briefly, however, federal law establishes the Tuesday after the first Monday in November of every even-numbered year as the uniform national election day.  2 U.S.C. § 7 and 3 U.S.C. § 1. Plaintiffs allege that Illinois law, which provides that ballots received by election officials up to 14 calendar days after Election Day shall be counted as if cast and received by Election Day, is contrary to federal law. *See* 10 Ill. Comp. Stat. Ann. § 5/19-8(c).

Plaintiffs filed their complaint on May 25, 2022. Dkt. 1. The parties promptly filed cross dispositive motions, beginning with Defendants' motion to dismiss under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), which is the subject of these proceedings. Dkt. 25 and 26. The parties completed briefing on their cross-dispositive motions on September 14, 2022. The district court heard arguments on the Motion to Dismiss on December 7, 2022, during which it indicated it was "going to issue a ruling soon." Dkt. 74 at 4. On July 26, 2023, more than ten months after parties completed

---

[1]     Additional background regarding the underlying case is in this Court's ruling in another appeal from these proceedings. *See Bost v. Ill. State Bd. of Elections*, 75 F.4th 682 (7th Cir. 2023).

briefing, the district court filed the memorandum opinion and order granting Defendants' motion to dismiss. Dkt. 81.

Plaintiffs filed their complaint prior to the 2022 federal election, bringing claims regarding both the 2022 and 2024 federal elections. Unfortunately, it took over ten months to resolve the jurisdictional questions before the trial court. This case involves potential remedies related to the November 5, 2024 election, which is essentially an immovable event and why Plaintiffs filed their notice of appeal early. Dkt. 83. Any potential relief will no doubt be challenged under *Purcell*. Plaintiffs do not know what, if any, internal administrative deadline related to the November 5, 2024 federal election that Defendants may contend is a point of no return, when it becomes no longer possible to implement any ordered relief.

The undersigned counsel has never opposed a request for extension in an appellate setting and does not do so lightly here. However, given that Plaintiffs do not yet know what internal deadlines Defendants may contend limit relief and the risk that such relief may be limited under *Purcell*, Plaintiffs must respectfully oppose the requested extension.

October 19, 2023

Christine Svenson, Esq.
**SVENSON LAW OFFICES**
345 N. Eric Drive
Palatine, IL 60067
(312) 467-2900

Respectfully submitted,

*s/ Russ Nobile*
T. Russell Nobile
   *Counsel of Record*
**JUDICIAL WATCH, INC**
P.O. Box 6592
Gulfport, MS 39506
(202) 527-9866
Rnobile@judicialwatch.org

Eric W. Lee
**JUDICIAL WATCH, INC.**
425 Third Street SW, Suite 800
Washington, D.C. 20024

**CERTIFICATE OF FILING AND SERVICE**

I certify that on October 19, 2023, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the CM/ECF system. All other participants in this case are CM/ECF users and will be served by that system.

*s/ Russ Nobile*
T. Russell Nobile