# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 20, 2023

*By the Court:*

| No. 23-2644 | MICHAEL J. BOST, et al.,<br>　　　Plaintiffs - Appellants<br>v.<br>ILLINOIS STATE BOARD OF ELECTIONS and BERNADETTE MATTHEWS, in her capacity as the Executive Director of the Illinois State Board of Elections,<br>　　　Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:22-cv-02754<br>Northern District of Illinois, Eastern Division<br>District Judge John F. Kness | |

The following is before the court:

1. **APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE BRIEF**, filed on October 18, 2023, by counsel for the appellees.

2. **OPPOSITION TO DEFENDANTS-APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE BRIEF**, filed on October 19, 2023, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.　　　The brief of the appellees is due by December 1, 2023.

2.　　　The reply brief of the appellants, if any, is due by December 22, 2023.

In light of the nature of this appeal, counsel for the appellees is expected to meet this deadline.

Important Scheduling Notice!
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).