

OFFICE OF THE Attorney General
STATE OF ILLINOIS

KWAME RAOUL
ATTORNEY GENERAL

January 22, 2024

Mr. Christopher G. Conway
Clerk of the Court
U.S. Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

Re:    *Bost v. Illinois State Board of Elections*, No. 23-2644

Dear Mr. Conway:

    I will be presenting oral argument on behalf of defendants-appellees in this case, which is fully briefed. I write to ask that oral argument not be scheduled during the week of April 22, 2024, as I have travel arrangements that would make it difficult for me to present argument on those dates.

    Thank you for considering this request.

                                    Sincerely,

                                    /s/ Alex Hemmer

                                    Alex Hemmer
                                    Deputy Solicitor General

500 South 2nd Street   |   115 South LaSalle Street   |   1745 Innovation Drive, Suite C
Springfield, Illinois 62701   |   Chicago, Illinois 60603   |   Carbondale, Illinois 62903
(217) 782-1090 • Fax: (217) 782-7046   |   (312) 814-3000 • Fax: (312) 814-3806   |   (618) 529-6400 • Fax: (618) 529-6416

Individuals with hearing or speech disabilities can reach us by using the 7-1-1 relay service.

www.IllinoisAttorneyGeneral.gov