# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 8, 2024

*By the Court:*

| | |
|---|---|
| No. 23-2644 | MICHAEL J. BOST, et al.,<br>                     Plaintiffs - Appellants<br><br>v.<br><br>ILLINOIS STATE BOARD OF ELECTIONS and BERNADETTE MATTHEWS, in her capacity as the Executive Director of the Illinois State Board of Elections,<br>                     Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-02754<br>Northern District of Illinois, Eastern Division<br>District Judge John F. Kness | |

Upon consideration of the **UNOPPOSED MOTION FOR THE UNITED STATES AS AMICUS CURIAE TO PARTICIPATE IN ORAL ARGUMENT**, filed on February 7, 2024, by counsel for the United States,

**IT IS ORDERED** that the motion is **GRANTED**. Amicus Curiae the United States may participate in oral argument on behalf of the appellees. Pursuant to the appellees' agreement, the amicus curiae is allocated five minutes of the appellees' oral argument time. The clerk of this court shall distribute a copy of this order to the assigned merits panel.