# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen | | Office of the Clerk |
| United States Courthouse | | Phone: (312) 435-5850 |
| Room 2722 - 219 S. Dearborn Street | | www.ca7.uscourts.gov |
| Chicago, Illinois 60604 | | |

## FINAL JUDGMENT

August 21, 2024

Before

MICHAEL B. BRENNAN, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*

| | |
|---|---|
| No. 23-2644 | MICHAEL J. BOST, et al., <br>   Plaintiffs - Appellants <br><br> v. <br><br> ILLINOIS STATE BOARD OF ELECTIONS and BERNADETTE MATTHEWS, in her capacity as the Executive Director of the Illinois State Board of Elections, <br>   Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-02754 <br> Northern District of Illinois, Eastern Division <br> District Judge John F. Kness | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)